UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE: John Silvia, Jr.

M. B. D. #

**03 MBD 10400**

### ORDER OF DISBARMENT

PER CURIAM                                                                                  December 18, 2003

The Court having been advised that John Silvia, Jr. has been disbarred by the Supreme Judicial Court from the practice of law at the bar of the Commonwealth of Massachusetts and is likewise forthwith disbarred from the practice of law at the bar of the United States District Court for the District of Massachusetts.

Should John Silvia, Jr. desire to invoke the procedures and make the showing required by Local Rule 83.6(2)(B)(ii), the Court shall be informed within 30 days of the date of this order and the Court will schedule a hearing thereon within 15 days following such notification as required by the Local Rule.

Upon notification of action taken by John Silvia, Jr. to invoke such procedures the Court will consider imposing reciprocal discipline pursuant to Local Rule 83.6(2)(C).

John Silvia, Jr. shall forthwith notify clients and opposing counsel in any cases now pending in this court and the Bankruptcy Court in this District of this order of disbarment.

William G. Young
CHIEF JUDGE

Date: Dec 18, 2003